E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 11-457-GHK | Date | August 8, 2011 |
|---|---|---|---|
| Title | In Re: Joseph Michael Morell and Diana M. Morell | | |

| **Presiding: The Honorable** | GEORGE H. KING, U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None    None

**Proceedings:**   **(In Chambers) Order to Show Cause**

On July 21, 2011, the clerk of the Bankruptcy Court issued an Appeal Deficiency Notice, which indicated that Appellants have failed to file a Notice of Transcript as required by Federal Rule of Bankruptcy Procedure 8006. Accordingly, Appellants are **ORDERED TO SHOW CAUSE in writing within fourteen (14) days hereof** why their Appeal should not be dismissed for failure to prosecute. If Appellants fail to timely and adequately show cause as required herein, they shall be deemed to have abandoned their appeal. In that event, their appeal will be dismissed.

**IT IS SO ORDERED.**

-- : --

Initials of Deputy Clerk    Bea